# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>NOAH A. ARCHER,<br><br>      Defendant. | 19-po-05001-JCL<br>CVB Violation No.:<br>F4868223<br><br>ORDER DISMISSING VIOLATION |

The government has moved to dismiss the above referenced violation notice as they believe it is no longer in the government's interest to pursue this matter at this time. Accordingly,

**IT IS ORDERED** that violation notice F4868223 is **DISMISSED**.

The Clerk of Court is direction to forward a copy of this order to the Defendant and to the U.S. Attorney's Office.

The Clerk is further directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter NC as the disposition code in this matter.

//

//

1

DONE and DATED this 19th day of July, 2019.

/s/ Jeremiah C. Lynch
Jeremiah C Lynch
United States Magistrate Judge